LUCKENBACH et al. v. PEARCE.

(Circuit Court of Appeals, Fifth Circuit. February 17, 1914.)

No. 2564.

MARITIME LIENS (§ 9*)—SERVICES OF STEVEDORE.

A stevedore, who unloaded a vessel at the instance of the master and on the credit of the vessel, *held* entitled to a maritime lien therefor.

[Ed. Note.—For other cases, see Maritime Liens, Cent. Dig. § 13; Dec. Dig. § 9.*]

Appeal from the District Court of the United States for the Southern District of Texas; Waller T. Burns, Judge.

Suit in admiralty by J. E. Pearce against Edgar F. Luckenbach, owner of the steamship D. N. Luckenbach and others. Decree for libelant, and respondents appeal. Affirmed.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

Jas. B. Stubbs, of Galveston, Tex., and Peter S. Carter, of New York City, for appellants.

John C. Walker and Marsene Johnson, both of Galveston, Tex., for appellee.

Before PARDEE and SHELBY, Circuit Judges, and GRUBB, District Judge.

PARDEE, Circuit Judge. We are satisfied from the evidence in this case that Pearce, the stevedore, unloaded the D. N. Luckenbach at the instance of the master on the credit of the vessel, and that for such services the owners of the D. N. Luckenbach are liable. See Dennett v. The Main, 51 Fed. 954, 2 C. C. A. 569; The Norwegian Steamship Co. v. Washington, 57 Fed. 224, 6 C. C. A. 313, and the case of Luckenbach v. Pearce (No. 2563 of the docket of this court) 212 Fed. 388, just decided.

The decree appealed from is affirmed.